STATE OF NEW JERSEY v. STEVEN MOODY.

June 8, 1982.

Leave to appeal is granted, and the matter is summarily remanded to the Superior Court, Appellate Division to consider the appeal on the merits.

STATE OF NEW JERSEY v. GREGORY MOELLER.

June 8, 1982.

Leave to appeal is granted, and the matter is summarily remanded to the Superior Court, Appellate Division to consider the appeal on the merits.

ADRIAN I. KARP, P.A. v. CADILLAC MOTOR CAR DIVISION OF GENERAL MOTORS CORPORATION.

June 8, 1982.

Leave to appeal is granted.